## GABRIEL BLOOMFIELD *v.* COMMISSIONER OF CORRECTION
### (AC 34553)

DiPentima, C. J., and Sheldon and Keller, Js.

Submitted on briefs October 11—officially released October 29, 2013

Per Curiam. The appeal is dismissed.

## GEORGE HAWKINS *v.* COMMISSIONER OF CORRECTION
### (AC 34927)

Lavine, Robinson and Borden, Js.

Argued October 15—officially released November 5, 2013

Per Curiam. The appeal is dismissed.

## BRYANT EBRON *v.* COMMISSIONER OF CORRECTION
### (AC 34423)

Lavine, Keller and Schaller, Js.

Argued October 17—officially released November 12, 2013

Per Curiam. The appeal is dismissed.